# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2885

Javon Dustin Marsh, also known as Mr. Marsh

Appellant

v.

Robert A. Reckert, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00128-SPM)

---

**ORDER**

The motion to supplement the record is denied.

December 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Susan E. Bindler